[No. 14768-4-I. Division One. September 23, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MYRON OGDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 83-1-02947-0, Frank L. Sullivan, J., entered July 18, 1984. *Dismissed* by unpublished per curiam opinion.